ARTIE F. RICHARDS, Individually and as Administratrix with the Will Annexed of GEORGE C. PORTER, Deceased, Appellant, *v.* WELLS FARGO EXPRESS COMPANY et al., Respondents.

*Richards* v. *Wells Fargo Express Co.*, 156 App. Div. 268, affirmed.
(Submitted October 13, 1915; decided October 19, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1913, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term directing a dismissal of the complaint, and also directing that the plaintiff turn over to the defendant for cancellation a certain certificate of stock. The action is brought to obtain an adjudication that the shares of stock of the Wells Fargo Express Company represented by certificate No. 7,380 were the property of George C. Porter at the time of his death, and that the plaintiff has now the legal title thereto. In addition to this relief the plaintiff seeks to compel the defendant corporation to make appropriate transfers upon

its books and to issue to her a new certificate of such shares and the additional shares representing stock dividends which have been issued thereon, and that the other defendants be required to account to her for such moneys as have been received by them or either of them, on the assumption that said original shares of stock were the property of Albert G. Porter.

*Robert M. Boyd, Jr.*, for appellant.

*A. S. Gilbert* for respondents.

Judgment affirmed, with costs, on opinion of SEABURY, J. (*Richards* v. *Wells Fargo Express Co.*, 215 N. Y. 351).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.